IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| SHAWN F. SHAW, | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    Case No. 1:25-cv-01252-JDB-jay |
| | ) |
| STATE OF TENNESSEE, | ) |
|     Respondent. | ) |

ORDER DIRECTING CLERK TO MODIFY DOCKET
AND
DIRECTING PETITIONER TO FILE TRUST FUND ACCOUNT STATEMENT
OR PAY HABEAS CORPUS FILING FEE

On November 5, 2025, the Petitioner, Shawn F. Shaw, Tennessee Department of Correction prisoner number 476037, who is incarcerated at the Northeast Correctional Complex ("NECX") in Mountain City, Tennessee, filed a pro se petition under 28 U.S.C. § 2254 and an application to proceed in forma pauperis ("IFP").[1] (Docket Entry ("D.E.") 1, 3.) He has failed, however, to submit a certified copy of his inmate trust fund account statement.

Accordingly, the inmate is ORDERED to pay the $5 habeas corpus filing fee or submit a certified copy of his trust fund account statement for the last six months no later than thirty days from the date of this order.[2] Failure to comply with this order in a timely manner will result in

---

[1] The proper respondent to a habeas petition is Petitioner's custodian, Brian Eller, the warden of NECX. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) ("in habeas challenges to present physical confinement . . . the default rule is that the proper respondent is the warden of the facility where the prisoner is being held"). The Court DIRECTS the Clerk to terminate all references to the State of Tennessee as Respondent and to add Warden Eller as Respondent.

[2] In the interest of expediting this matter, Petitioner is advised that, if his inmate trust account had a balance of at least $25 on the date his petition was filed, an application to proceed IFP will be denied.

dismissal of this action without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    IT IS SO ORDERED this 6th day of November 2025.

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE